# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIRD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAID IBRAHIM MOHAMED GAD,<br>doing business as Fresno Auto Sales,<br>STAN E. OLIVAS,<br><br>　　　　　Defendants. | **Case No.  1:16-cv-01244-AWI-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 14) |

On February 13, 2017, Plaintiff filed a notice dismissing this action without prejudice.[1] (ECF No. 14.)  In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of the Court is DIRECTED to terminate all pending motions/deadlines and close this case.

IT IS SO ORDERED.

　　Dated:   **February 15, 2017**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff titled his notice of dismissal as a "request to withdraw complaint," the Court construes this request as a notice of dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1